UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
PABLO ALVAREZ,                                              Case No. 11-44749-AJC
    Debtor
_____/                             Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 15<u>TH</u> day of March 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161


Nancy Herkert, Trustee
ECF Registered User

Wachovia Bank, N.A. / Wells Fargo
301 S Tryon St
Charlotte, NC 28282

Wachovia/ Wells Fargo Bank                Wells Fargo, N.A.
c/o John G. Stumpf, CEO                   Corporation Service Company, R.A.
420 Montgomery Street                     1201 Hays Street
San Francisco, CA 94104                   Tallahassee, FL 32301