**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-44749-AJC**

☐ ____2nd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Pablo Alvarez                              CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-0996                Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ __207.62__ for months __1__ to __60__;
    B.    $_____ for months _____to_____;
    C.    $_____ for months _____to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                     TOTAL PAID    $2,500.00
                     Balance Due     $ 1,750.00 payable $ 145.84 month (Months __1__ to __12__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a_____     Arrearage on Petition Date $ _____
Address _____     Arrears Payment $_____/month (Months____ to ___)
              _____     Arrears Payment $_____/month (Months____ to ___)
              _____     Regular Payment $_____/month (Months____ to ___)

2. _____     Arrears Payment $_____
    _____     Arrears Payment $_____/month (Months____ to ___)
    _____     Regular Payment $_____/month (Months___ to ___)
                                       Arrears Payment $_____/month (Months__ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank, N.A. Loan No. xxxx1998 Prop Add: 450 E 2nd Ave Unit 2 Hialeah, FL 33010 | $70,570.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a_____     Total Due $_____
                                Payable $_____/month (Months ____to ___)

Unsecured Creditors: Pay $ 41.02 month (Months __1__ to __12__). Pay $186.86/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying HSBC (Loan No. xxxxx1778) and Los Portales Phase III Condo, Inc (acct#unit 2)directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 04/18/12